**Order entered December 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01327-CV

**MACARIO FLORES, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05190-C**

## ORDER

Before the Court is appellant's December 17, 2013 motion for extension of time in which to file the brief. Because appellant has filed an indigency affidavit, which we have referred to the trial court, appellant's brief is not yet due. Accordingly, we **DENY** as premature appellant's extension motion.

/s/    ELIZABETH LANG-MIERS
        JUSTICE